UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL PHELPS,<br><br>    Plaintiff,<br><br>  v.<br><br>MANUEL PEREZ, et al.,<br><br>    Defendants. | No. 1:22-cv-01406-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25<br><br>Doc. 33 |

  Plaintiff Paul Phelps is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On February 5, 2024, the assigned magistrate judge issued findings and recommendations, recommending that this action be dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1). Doc. 33. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* No objections were filed, and the time to do so has passed.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations issued on February 5, 2024, Doc. 33, are adopted in full;
2. This action is dismissed pursuant to Federal Rule of Civil Procedure 25(a)(1); and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 8, 2024

_____
UNITED STATES DISTRICT JUDGE

2